UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY J. BASTIAN, JR.                    CIVIL ACTION

VERSUS                                     NO. 10-1848

MARLIN GUSMAN ET AL.                       SECTION "J" (2)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the

Report and Recommendation of the United States Magistrate Judge, and the failure of

plaintiff to file an objection to the Magistrate Judge's Report and Recommendation,

hereby approves the Report and Recommendation of the United States Magistrate Judge

and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C.

§ 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for

failure to state a claim.

New Orleans, Louisiana, this 10th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE